IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2014 APR 15 P 1:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

*Names of Plaintiffs are attached hereto...*
Full name and prison number
of plaintiff(s)

v.

*Robert Bentley, Governor;*
*Cam Ward, State Senator;*
*Kim Thomas, Commissioner;*
*Christopher Gordy, Warden;*
*Mike Hubbard, Representative*

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:14-cv-279-MEF
(To be supplied by Clerk of
U.S. District Court)

**DEMAND FOR JURY TRIAL**

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

          Plaintiff(s) _____N/A_____

          Defendant(s) _____N/A_____

      2.  Court (if federal court, name the district; if state court, name the county) _____N/A_____

1

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Ventress Correctional Facility, for the Alabama Department of Corrections_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Alabama State House; Governor's office through the A.D.O.C. prison facilities._

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                    ADDRESS
1. _Mike Hubbard; 11 South Union Street; Montgomery, Ala. 36130_
2. _Robert Bentley; C 600 Dexter Ave; Rm.-N-104, Mont. Ala. 36130_
3. _Kim Thomas; 301 S. Ripley Street; P.O. Box 301501, Mont. Ala. 36130_
4. _Christopher Gordy; 379 Hwy. 239 N.; Clayton, Ala. 36016_
5. _Cam Ward; 124 Newgate Rd.; Alabaster, Al. 35007-8407_
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Past, Present and future, warranting intervention from this Honorable Court to protect U.S. Citizens._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Conspiracy by Defendant(s) herein, violates Plaintiff's 8th and 14th Amendment(s) rights of the U.S. systemic deficiencies._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendants acting in a concerted conspiracy, to systemic their overcrowded prison facilities with severe overcrowding, that is heightened by the dormitory living arrangements, with bunks packed together too closely; the security, sanitation, plumbing, classification and parole are impossible to maintain Constitutional requirements as mandated. Thereby, this U.S. Dist. Ct. is under a duty to intervene to protect incarcerated citizens from such wholesale infringements of Plaintiffs clearly established rights.

GROUND TWO: The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.

SUPPORTING FACTS: The dilapidation of the physical structures in Ala. Penal System, contributes to extremely unsanitary living conditions. Most of the windows are broken and unscreened, creating a serious problem with mosquitoes, flies and countless other insects. Old and filthy cotton mattresses has lead and continues to lead to the spread of contagious diseases and body lice. Nearly all inmates living quarters are inadequately heated and ventilated. Most of the dorms have broken and/or outdated smoke detectors and are totally inadequate.

GROUND THREE: The Defendants has (are) showing deliberate indifference and wanton, as they systematically violate Petitioners clearly established Constitutional right to be free from cruel and unusual punishment.

SUPPORTING FACTS: The inmate population contains a number of aged and infirm, who are often housed in dormitories in which conditions are particularly hazardous. There are no special programs to meet the needs of these people, and they are frequently un-protected from the general population. Many are scarcely able to move without help, with no adequate means of evacuation in the event of a fire, or other physical emergency to which the elderly are susceptible. In this idleness, filth and despair, the condition of these inmates can only be expected to deteriorate further.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Plaintiffs seek a trial by jury. Also, declaratory and protective injunction relief under 42 USC § 1983; 1985; 1986; and 42 USC § 1988. Also under 18 USC § 241 and 242 of the U.S. Code Service. This Class Action is under 28 U.S.C. §§ 1343, 2201 and 2202. Also, under Rule 52 and 23(a) and (b)(2) of the F.R.C. Pro. Plaintiffs seek compensatory damages and monetary damages for the lost of Plaintiffs [R]ights in the sum of $ 250,000,000.00

_____ Joseph L. Hall #252285
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-12-2013 .
                        (Date)

_____ Joseph L. Hall #252285
Signature of plaintiff(s)

2. Dymous Stratton #279365
3. Dashilo Cherry #194996
4. Michael Alexander #177711
5. Marvesh Khalen #259174
6. David McCainey #133469
7. Brad Culver #183424
8. Demarios McCall #210161
9. Everett Griffin #200423
10. Nathan Roberson #206392
11. Christopher Cockrell #221071
12. DeJuan Richey #251235
13. James A. Perdue #145404
14. Corey Clark #172448
15. Jihad Ra'uf 194030
16. Marlon T. Dailey #189344
17. Reginald White Jr. #251345
18. Brendon Greene #283082
19. Tracy Hood #284719
20. Richard Heard #251618
21. Justin Mauled #258356
22. Anathan Robinson #247432
23. Emmitt Jones 161334 #24-A
24. Robert James Shinn Jr. 151346
25. Kenneth Brown 276226
26. Timothy L. Hooks #226646
27. Aaron Young 265807
28. Jeremy Grissom 284247
29. Michael Oliver 154128

4

# STATE OF ALABAMA
Department of Corrections
Inmate Stationary

| # | Name | # | Name |
|---|---|---|---|
| 30) | Jeremy Owens 259726 | 62) | Jonathan Quarles 275341 |
| 31) | Carey Thomas 261827 | 63) | Samuel M. Fort 210278 |
| 32) | Michael Stevenson 262775 | 64) | Demetrius Jordan 162730 |
| 33) | Michael Baker 228870 | 65) | Lenzy Gibson 260606 |
| 34) | Timothy Fox 275599 | 66) | Timothy Maddox 277883 |
| 35) | Gregory Jackson 128914 | 67) | William Leonard 273398 |
| 36) | Ollie Dixx 165940 | 68) | Ian Hubbard 266982 |
| 37) | Jerry Zene 169573 | 69) | Mikal Campbell 222912 |
| 38) | Terrence Salter 286952 | 70) | Branton Thompson 217156 |
| 39) | Jason Stewart 284750 | 71) | Jackson Young 230430 |
| 40) | Gregory Williams 144700 | 72) | Sidney Dunaway 242694 |
| 41) | Quintin Hogan 210677 | 73) | Ivan Johnson 206812 |
| 42) | Kenneth Boggan 133556 | 74) | Anthony Marbury-EL 226057 |
| 43) | Nathan Thigpen 191396 | 75) | Eshew Stedghill-Bey 233633 |
| 44) | Karlos Clark 280996 | 76) | Micha-EL Morris-B 149954 |
| 45) | Jason Hill 189756 | 77) | Lavern Wilson 175723 |
| 46) | Antonio Greene 273099 | 78) | Michael McCollum 181885 |
| 47) | Cardell J. Craig-EL 275370 | 79) | Jerry Miller 249592 |
| 48) | Robert Wright 298248 | 80) | Walter McRath 289849 |
| 49) | Anthony Hood 201226 | 81) | Michael Godsey 292804 |
| 50) | Joseph Owens #279679 | 82) | Kenneth Cooper 170731 |
| 51) | Patrick Kirkman #261920 | 83) | Hilmon Robbins 263340 |
| 52) | Rodney Woodset #239601 | 84) | Joseph Allen 177053 |
| 53) | Markist Conwell 284901 | 85) | Demetrice Russell 250041 |
| 54) | Bryon Phillips 231727 | 86) | John Martin 290324 |
| 55) | John Lee 270456 | 87) | John Duff 287705 |
| 56) | Franklin Collins 150739 | 88) | Romero Jackson 274236 |
| 57) | Quen Armstrong 286803 | 89) | Travis Plummer 243798 |
| 58) | Gerald Ruff 264021 | 90) | William Jones 123742 |
| 59) | (illegible) 159350 | 91) | Raymond Britt 280182 |
| 60) | Peter Hampton 150165 | 92) | Hakim Diouro 266979 |
| 61) | James Lacey 243019 | 93) | Emmett Thomas 155564 |

# STATE OF ALABAMA
Department of Corrections
Inmate Stationary

94) Julius Holtzclaw #178149
95) Ronald GRIER 163600
96) Michael Lewins 145806
97) Robert White 288959
98) Bill Perry 278309
99) Terence X. Haygood AIS 288256 Jerome Haygood
100) Steven Lee Anderson SR. 286382
101) James I Smith 278572
102) Guy Dudley 132684
103) Darin Bailey 289764
104) Thomas Benson 225039
105) Timothy Anthony 197996
106) Brenthon Matthews 245740
107) Marvin Walton 201086
108) Wayne Whotten 288099 G2-18A
109) Michael Jimerson 286337 G1-3B
110) Leslie Browning 262967 D4 33B
111) Ronald L. Gordon 282928 D47A
112) Curtis N Ramsey 249622 G2-30B
113) Travis Williams 205573 E-1 19B
114) Darwin McAlpin 108217
115) Jerry L Lett 290614 B1-47A
116) Courtney L Cook 199996 F4 31 B B
117) Jermaine R Scott 271741 E413A
118) Clemisty A. Helms #258202
119) Danny Hansel 216151
120) William Hughes 228116
121) Ivan Johnson 206812 H-22A
122) K___ ___ 159430
123) William Helms 279796
124) Clifford B. Ellis #208226
125) Robert James Shinn Jr. 151346

126) Manuel George 199371
127) Donald Peel 286305
128) Jerrick McInnes #280760
129) Ricky Allen #221046
130) Kevin McKinnon #223543
131) Willie Montgomery #121219
132) Brown, El Robert 221497
133) Roger Evans 221208
134) Reginald McBride 172443
135) Craw Drive 4 162484
136) David Williams 186904
137) Frederic Howard 198122
138) Ronald Harris 150566
139) Laregis Ferrell 240166
140) Patrick Cochran 277488
141) Charles Molan 707663
142) Terry Young 231231
143) Roosevelt Horton 160628
144) Daniel Johnson 287977
145) Clarence Gandy #282694
146) David Huntington JR 272066
147) Chris Tackaberry 243349
148) Jason Bromberry 219275
149) Douglas Giles 13 29040
150) Miguel Cabam 284421
151) Michael Milton 290017 H-73-4
152) Demetrius Jordan 162730
153) Naksia Nelson 176121
154) Avinton ___ 234141
155) ___ ___ 258356 H-67-A
156) James Preston 255044
157) Anthony Fairley 245755

NAME Jason J. Hall    AIS # 252285   DORM #/100-A
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL

14 APR 2014 PM

Alabama Middle
United States District Courts
Post Office Box 711
Montgomery, Al. 36101

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

✳Legal Mail✳

36101071111

NAME Jason J. Hall    AIS #252285    DORM # H-1
**VENTRESS CORRECTIONAL FACILITY**
P. O. BOX 767
Clayton, AL 36016

POSTAGE DUE 20

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Alabama Middle
United States District Courts
P. O. Box 711
Montgomery, Al. 36101