IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON J. HALL, #252285, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-279-MEF |
| | )               WO |
| ROBERT BENTLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On April 29, 2014, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's complaint against defendants Bentley, Ward and Hubbard is DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii) and defendants Bentley, Ward and Hubbard are DISMISSED as parties to the complaint.

3. Plaintiff's complaint against defendants Thomas and Gordy, which challenge the alleged systemic unconstitutional conditions of confinement at the Ventress Correctional Facility, is referred back to the Magistrate Judge for additional proceedings.

DONE this the 29th day of May, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE