IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON J. HALL, #252285, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-279-MEF |
| | )              WO |
| ROBERT BENTLEY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On April 29, 2014, the Magistrate Judge filed a Recommendation (Doc. #8) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's motion for class certification (Doc. #1) is DENIED.

3. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 29th day of May, 2014.

                                                /s/ Mark E. Fuller
                                      UNITED STATES DISTRICT JUDGE