IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON J. HALL, #252 285, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:14cv279-WHA ) |
| KIM THOMAS, COMMISSIONER, et al., | ) (wo) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the Order of the court entered on this date adopting the Recommendation of the Magistrate Judge, and previous orders of the court, including Doc. #11, Final Judgment is entered in favor of Defendants Robert Bentley, Cam Ward, Kim Tobias Thomas, Christopher Gordy, and Mike Hubbard, and against the Plaintiff, and this case is DISMISSED with prejudice.

DONE this 12th day of September, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE